UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                                                  Case No:  5:12-CV-386-Oc-34PRL

**ALL-STATE PLUMBING SERVICES,
INC.**

    **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's Motion to Enlarge Time to Serve Defendant. (Doc. 5.)  Pursuant to Rule 4(m), Fed. R. Civ. P., service of the summons and complaint must be made within 120 days after filing the complaint.  However, the Court has discretion to extend the time for service.  *See* Rule 4(m), Fed. R. Civ. P.; *Horenkamp v. Van Winkle and Co.*, 402 F.3d 1129, 1132-33 (11th Cir. 2005) (holding that court may extend the time for service of process under Rule 4(m) even in the absence of a showing of good cause).

Plaintiff represents that due to a pending state court case that would impact Plaintiff's claims in the instant matter, it waited until near the end of the service period to attempt service on Defendant.  Plaintiff further represents that the recent attempts to serve Defendant have been unsuccessful, since Defendant's business address is now vacant and Defendant's registered agent has not been located (despite several attempts).  Accordingly, Plaintiff requests a sixty (60) day extension of time to perfect service on Defendant through January 7, 2013.

Upon due consideration, Plaintiff's Motion (Doc. 5) is **GRANTED**. Plaintiff shall serve Defendant on or before **January 7, 2013**.

**IT IS SO ORDERED.**

**DONE** and **ORDERED** in Ocala, Florida on November 9, 2012.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to:

    Counsel of Record
    Unrepresented Parties